**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AZURITY PHARMACEUTICALS, INC.,          )
                                        )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     Case No. 8:21-cv-2515
                                        )
CORERX, INC.,                           )
                                        )
          Defendant.

## PLAINTIFF'S L.R. 3.03 DISCLOSURE STATEMENT

Plaintiff, Azurity Pharmaceuticals, Inc., hereby discloses the following information:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

          a.     Azurity Pharmaceuticals, Inc. – CutisPharma Intermediate Holdings Inc. owns 10% or more of its stock.

          b.     CoreRx, Inc. (Defendant)

          c.     Wendy Devine (counsel for Plaintiff)

          d.     Natalie Morgan (counsel Plaintiff)

      e.      Tina Hanson (counsel for Plaintiff)

      f.      Ty Callahan (counsel for Plaintiff)

      g.      Nicholas Halkowski (counsel for Plaintiff)

      h.      Woodrow H. Pollack (counsel for Plaintiff)

      i.      Stephen B. Gillman (counsel for Plaintiff)

      j.      Shutts & Bowen, LLP (counsel for Plaintiff)

      k.      Wilson Sonsini Goodrich and Rosati (counsel for Plaintiff)

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None known.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.      Bionpharma, Inc.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Aside from Plaintiff, none known.

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I further certify that I will serve a copy of this Corporate Disclosure Statement upon each party no later than fourteen days after the appearance of the party.

October 27, 2021                         */Woodrow H. Pollack/*

                                        Woodrow H. Pollack
                                        Lead Counsel
                                        Fla. Bar No.: 026802
                                        **SHUTTS & BOWEN, LLP**
                                        4301 W Boy Scout Blvd, Suite 300
                                        Tampa, Florida 33607
                                        (813) 463-4894
                                        wpollack@shutts.com

                                        Stephen B. Gillman
                                        Fla. Bar No.: 196734
                                        **SHUTTS & BOWEN, LLP**
                                        200 South Biscayne Blvd, Suite 4100
                                        Miami, Florida 33131
                                        (305) 347-7311
                                        sgillman@shutts.com

                                        Wendy Devine
                                        Natalie Morgan
                                        Tina Hanson
                                        Ty Callahan
                                        Nicholas Halkowski
                                        **WILSON SONSINI GOODRICH
                                        & ROSATI**
                                        One Market Plaza
                                        Spear Tower, Suite 3300
                                        San Francisco, CA 94150
                                        (415) 947-2000
                                        wdevine@wsgr.com
                                        nmorgan@wsgr.com
                                        thanson@wsgr.com
                                        tcallahan@wsgr.com
                                        nhalkowski@wsgr.com

*Motions for*
*Special Admission Forthcoming*
*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on <u>October 27, 2021</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>*/s/ Woodrow H. Pollack*</u>
Woodrow H. Pollack