## VERIFIED RETURN OF SERVICE

State of Florida        County of US DISTRICT COURT        Middle District Of Florida Court

Case Number: 8:21-CV-2515


RLJ2021013628

Plaintiff:
**AZURITY PHARMACEUTICALS, INC.,**

vs.

Defendant:
**CORERX, INC.,**

For:
Woodrow H. Pollack, Esquire
SHUTTS & BOWEN, LLP
4301 West Boy Scout Boulevard
Suite 300
Tampa, FL 33607

Received by Brian L. Jones on the 27th day of October, 2021 at 2:48 pm to be served on **CORERX, INC., 14205 MYERLAKE CIRCLE, CLEARWATER, FL 33760**.

I, Brian L. Jones, do hereby affirm that on the **27th day of October, 2021** at **4:55 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLAINT FOR PATENT INFRINGEMENT, EXHIBIT A & B, PLAINTIFF'S L.R. 3.03 DISCLOSURE STATEMENT, ATTORNEY EMAIL NOTICE OF ELECTRONIC FILING, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** with the date and hour of service endorsed thereon by me, to: **ROBERT BERG** as **CORPORATE TREASURER** for **CORERX, INC.**, at the address of: **14205 MYERLAKE CIRCLE, CLEARWATER, FL 33760**, and informed said person of the contents therein, in compliance with Florida State Statute 48.081 (1)(a)(b)(c)(d), (2), (3)(a)(b)

I certify that I am over the age of 18, and that I am not a party to nor interested in the outcome of the above entitled suit. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

Brian L. Jones
Process Server No APS26483

Robert L. Jones, Inc.
rljones@processpi.com
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269

Our Job Serial Number: RLJ-2021013628

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC. <br><br> *Plaintiff(s)* <br> v. <br> CORERX, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:21-cv-2515 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORERX, INC.
14205 MYERLAKE CIRCLE
CLEARWATER, FL 33760

TIME: 4:55 pm

DATE: 10/27/21

SERVER: [signature]

ID #: ANS2485

ROBERT L JONES INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Woodrow H. Pollack,
Shutts and Bowen, LLP
4301 W. Boy Scout Blvd #300
Tampa, FL 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lourdes Del Rio

Date: October 27, 2021

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-2515

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                      *Server's signature*

                                      _____
                                      *Printed name and title*

                                      _____
                                      *Server's address*

Additional information regarding attempted service, etc: