IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | Case No. 8:21-cv-2515 |

## MOTION TO ADMIT KRISTINA HANSON *PRO HAC VICE*

Pursuant to Local Rule 2.01(c), Kristina Hanson of Wilson Sonsini Goodrich and Rosati, One Market Plaza, Spear Tower, Suite 3300 San Francisco, CA 94150, applies for special admission of non-resident attorney to appear *pro hac vice* and to participate in this case as co-counsel for Plaintiff, Azurity Pharmaceuticals, Inc. and states as follows:

(1) Kristina Hanson is not a Florida resident and is not a member of The Florida Bar;

(2) Kristina Hanson is a member in good standing of the bar of a United States district court; namely, the Southern District of New York and the Eastern District of New York;

1

(3) Kristina Hanson has not abused the privilege of special admission by maintaining a regular practice of law in Florida,

(4) Kristina Hanson has not appeared in any cases in state or federal court in Florida in the last thirty-six (36) months.

(5) Kristina Hanson satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

WHEREFORE, Kristina Hanson prays for an Order granting her special admission to practice before this Court pursuant to Local Rule 2.01(c), and to participate in this matter on behalf of Plaintiff, Azurity Pharmaceuticals, Inc.

### LOCAL RULE 3.01(G) CERTIFICATION

No counsel has appeared for Defendant. As such, undersigned has not been able to confer with Defendant as of the date of this filing.

November 2, 2021                    */s/ Woodrow H. Pollack*

Woodrow H. Pollack
Lead Counsel
Fla. Bar No.: 026802
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd, Suite 300
Tampa, Florida 33607
(813) 463-4894
wpollack@shutts.com

Stephen B. Gillman
Fla. Bar No.: 196734
**SHUTTS & BOWEN, LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 347-7311

sgillman@shutts.com

Nicholas Halkowski
Wendy Devine
Natalie Morgan
Kristina Hanson
Ty Callahan
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94150
(415) 947-2000
nhalkowski@wsgr.com
wdevine@wsgr.com
nmorgan@wsgr.com
thanson@wsgr.com
tcallahan@wsgr.com
*Motions for*
*Special Admission Forthcoming*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on <u>November 2, 2021</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        */s/ Woodrow H Pollack*
                        Woodrow H. Pollack