IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AZURITY PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                CASE NO: 8:21-cv-2515-TBP-SPF

CORERX, INC.,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

    Defendant CoreRX, Inc. ("CoreRX"), by and through its undersigned counsel, hereby moves this Court for a thirty (30)-day extension of time to respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") and as grounds therefor states that:

    1.    On October 26, 2021, Plaintiff filed its Complaint. (Doc. 1.)

    2.    On October 27, 2021, the Complaint was served on CoreRX. (Doc. 11.)

    3.    The current deadline for CoreRX to file its response to the Complaint is November 17, 2021, which is twenty-one (21) days after the date of service. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

    4.    Defendant is diligently preparing its response to the Complaint. However, due to the complexity of the factual and legal issues presented, Defendant requires additional time.

5. Rule 6(b)(1)(A), Federal Rules of Civil Procedure, permits such extensions for good cause shown.

6. Here, there is good cause because CoreRX is in the process of preparing its response to the Complaint and because CoreRX is not seeking the requested extension for the purpose of delay.

7. Further, Plaintiff will not be prejudiced by this extension. Granting this requested extension will not impact any other deadline or proceeding in this case.

WHEREFORE, CoreRX, Inc. hereby moves this Court for a thirty (30)-day extension of time through and including December 17, 2021, to respond to the Complaint (Doc. 1), and for all such further relief as this Court deems just.

## Local Rule 3.01(g) Certification

I HEREBY CERTIFY that counsel for Defendant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in the instant Motion and certifies that the parties agree on the resolution of this Motion.

Respectfully submitted:

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189

and

Raquel A. Rodriguez, FBN 511439

raquel.rodriguez@bipc.com  
BUCHANAN INGERSOLL & ROONEY PC  
One Biscayne Tower  
2 South Biscayne Blvd., Suite 1500  
Miami, FL 33131-1822  
Tel: (305) 347-4080  
Fax: (305) 347-4089  
*Attorneys for Defendant CoreRX, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via CM/ECF this 16th day of November, 2021.

/s/ Ashley Bruce Trehan  
Ashley Bruce Trehan, FBN 0043411  
ashley.trehan@bipc.com  
BUCHANAN INGERSOLL & ROONEY PC  
401 East Jackson Street, Suite 2400  
Tampa, FL 33602  
Tel: (813) 222-8180  
Fax: (813) 222-8189  
*Attorneys for Defendant CoreRX, Inc.*