IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 8:21-cv-2515-TPB-SPF ) |
| CORERX, INC., | ) ) ) |
| Defendant. | |

**JOINT MOTION TO REOPEN CASE FOR LIMITED
PURPOSE OF CORRECTING DISMISSAL**

Plaintiff Azurity Pharmaceuticals, Inc. and Defendant CoreRx, Inc., respectfully ask the Court to reopen the above captioned case for the sole purpose of filing a corrected stipulated dismissal, attached hereto as Exhibit A.

Dated: December 10, 2021                     Respectfully submitted,

/s/ *Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:   (302) 552-4295
Email: *geoffrey.grivner@bipc.com*
         *kody.sparks@bipc.com*

*Attorneys for Defendant, CoreRX, Inc*

/s/ *Woodrow Pollack*
Woodrow H. Pollack
SHUTTS & BOWEN, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity
Pharmaceuticals, Inc.*

1

OF COUNSEL:

Matthew L. Fedowitz, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, D.C. 20006-3807
Telephone: (202) 452-7306
Email: *matthew.fedowitz@bipc.com*

Rajiv Khanna, Esq.
BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Telephone: (212) 440-4472
Email:
*rajiv.khanna@bipc.com*

Ashley Bruce Trehan, Esq.
BUCHANAN INGERSOLL & ROONEY PC
FBN 0043411
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
*ashley.trehan@bipc.com*

Raquel A. Rodriguez, Esq.
FL Bar No. 511439
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Telephone: 305.347.4080
Fax: 305.347.4089
*raquel.rodriguez@bipc.com*

.

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900