EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 8:21-cv-2515-TPB-SPF ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Azurity Pharmaceuticals, Inc. and Defendant CoreRx, Inc., hereby agree and stipulate to the dismissal **without prejudice** of all claims against Defendant CoreRx, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Each party shall bear its own costs and attorneys' fees.

Dated: December 10, 2021                          Respectfully submitted,

/s/ *Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
Email:  geoffrey.grivner@bipc.com
            kody.sparks@bipc.com

*Attorneys for Defendant, CoreRX, Inc.*

/s/ *Woodrow Pollack*
Woodrow H. Pollack
SHUTTS & BOWEN, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

EXHIBIT A

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Matthew L. Fedowitz, Esq.<br>BUCHANAN INGERSOLL & ROONEY PC<br>1700 K Street, N.W., Suite 300<br>Washington, D.C. 20006-3807<br>Telephone: (202) 452-7306<br>Email: *matthew.fedowitz@bipc.com* | Wendy L. Devine<br>Kristina M. Hanson<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000 |
| Rajiv Khanna, Esq.<br>BUCHANAN INGERSOLL & ROONEY PC<br>640 5th Avenue, 9th Floor<br>New York, NY 10019-6102<br>Telephone: (212) 440-4472<br>Email: *rajiv.khanna@bipc.com* | Ty W. Callahan<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>(323) 210-2900 |
| Ashley Bruce Trehan, Esq.<br>BUCHANAN INGERSOLL & ROONEY PC<br>FBN 0043411<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Tel: (813) 222-8180<br>Fax: (813) 222-8189<br>*ashley.trehan@bipc.com* | |
| Raquel A. Rodriguez, Esq.<br>FL Bar No. 511439<br>BUCHANAN INGERSOLL & ROONEY PC<br>2 South Biscayne Blvd, Suite 1500<br>Miami, FL 33131<br>Telephone: 305.347.4080<br>Fax: 305.347.4089<br>*raquel.rodriguez@bipc.com* | |