# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 8:21-cv-2515-TPB-SPF |
| | ) |
| CORERX, INC., | )<br>) |
| Defendant, | )<br>) |
| v. | )<br>) |
| BIONPHARMA INC., | )<br>) |
| Proposed Intervenor-Defendant<br>(Motion Pending) | )<br>) |

## BIONPHARMA INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Proposed Intervenor-Defendant, Bionpharma Inc. ("Bionpharma"), through its undersigned counsel, and in accordance with Fed. R. Civ. P. 7.1 and L.R. 3.03 files this certificate of interested parties and corporate disclosure statement.

Bionpharma hereby discloses the following:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent

127967955.1

corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

Azurity Pharmaceuticals, Inc. – CutisPharma Intermediate Holdings Inc. owns 10% or more of its stock.

Wendy Devine (counsel for Plaintiff)

Natalie Morgan (counsel Plaintiff)

Tina Hanson (counsel for Plaintiff)

Ty Callahan (counsel for Plaintiff)

Nicholas Halkowski (counsel for Plaintiff)

Woodrow H. Pollack (counsel for Plaintiff)

Stephen B. Gillman (counsel for Plaintiff)

Shutts & Bowen, LLP (Plaintiff's law firm)

Wilson Sonsini Goodrich & Rosati (Plaintiff's law firm)

CoreRX, Inc. (Defendant)

Ashley Bruce Trehan (counsel for Defendant)

Buchanan Ingersoll & Rooney PC (Defendant's law firm)

Bionpharma Inc. (Proposed Intervenor-Defendant)

Eleanor M. Yost (counsel for Proposed Intervenor-Defendant)

J. Coy Stull (counsel for Proposed Intervenor-Defendant)

Daniel C. Johnson (counsel for Proposed Intervenor-Defendant)

      Andrew M. Alul (counsel for Proposed Intervenor-Defendant)

      Roshan P. Shrestha (counsel for Proposed Intervenor-Defendant)

      Carlton Fields, P.A. (Proposed Intervenor-Defendant's law firm)

      Taft, Stettinius & Hollister LLP (Proposed Intervenor-Defendant's law firm)

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning on any such conflict.

| | |
|---|---|
| Dated: December 10, 2021 | Respectfully submitted, |

                                        **CARLTON FIELDS, P.A.**

                                      By: /s/ Eleanor M. Yost
Eleanor M. Yost
Florida Bar No. 1003178
J. Coy Stull
Florida Bar No. 15764
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Tel. No.:  (813) 229-4395
Fax No.:  (813) 229-4133
Email:  eyost@carltonfields.com
Email: jstull@carltonfields.com

Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.:  (407) 849-0300
Fax No.:  (407) 648-9099
Email: djohnson@carltonfields.com
Secondary:  dcarlucci@carltonfields.com
Secondary:  orlecf@cfdom.net


-and-

**TAFT, STETTINIUS
& HOLLISTER LLP**
Andrew M. Alul (*pro hac vice* motion to be filed)
(Lead Counsel)
Roshan P. Shrestha, Ph.D. (*pro hac vice* motion to be filed)
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel. No.:  312-527-4000
Email: aalul@taftlaw.com

4

127967955.1

Email: rshrestha@taftlaw.com

*Attorneys for Proposed Intervenor-Defendant Bionpharma Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document has been furnished, electronically, through the CM/ECF system, to all counsel of record, and via email, noted above, to counsel at TAFT, STETTINIUS & HOLLISTER LLP, and via mail to:

Kristina Hanson
Wilson Sonsini Goodrich and Rosati
Suite 3300
One Market Plaza
Spear Tower
San Francisco, CA 94150

Wendy Devine
Wilson Sonsini Goodrich and Rosati
One Market Plaza
SpearnTower, Suite 3300
San Francisco, CA 94150

on this December 10, 2021.

/s/Eleanor M. Yost
Eleanor M. Yost