# EXHIBIT B

## M&A DEAL SUMMARY

### NovaQuest Capital Management Acquires Azurity Pharmaceuticals

On March 26, 2018, private equity firm NovaQuest Capital Management acquired life science company Azurity Pharmaceuticals, Inc. from Ampersand Capital Partners

**Acquisition Highlights**

- This is NovaQuest Capital Management's 3rd transaction in the Life Science sector.
- This is NovaQuest Capital Management's 3rd transaction in the United States.
- This is NovaQuest Capital Management's 1st transaction in Massachusetts.

| M&A DEAL SUMMARY | |
|---|---|
| Date | 2018-03-26 |
| Target | Azurity Pharmaceuticals, Inc. |
| Sector | Life Science |
| Buyer(s) | NovaQuest Capital Management |
| Sellers(s) | Ampersand Capital Partners |
| Deal Type | Secondary Buyout |
| Advisor(s) | TAP Advisors LLC (Financial) |

### TARGET

### BUYER(S)   1

| Buyer | DESCRIPTION |
|---|---|
| **NovaQuest Capital Management**  | NovaQuest Capital Management is a private equity firm focused on acquiring and investing in growth-stage middle-market healthcare companies. Specific areas of interest include life science, medical technology, healthcare/facility services, and healthcare focused IT. The Firm targets profitable companies valued up to $500 million with $20 to $100 million of revenue. NovaQuest Capital Management was established in 2000 and is based in Raleigh, North Carolina. |

| | |
|---|---|
| CATEGORY | Private Equity Firm |
| FOUNDED | 2010 |
| PE ASSETS | 3.0B USD |
| SIZE | Large |
| TYPE | Sector Focused |

## Azurity Pharmaceuticals, Inc.

 Woburn, Massachusetts, United States

Azurity Pharmaceuticals, Inc. is a privately held, specialty pharmaceutical company focusing on the development and commercialization of value-added proprietary drug products and technologies in the prescription compounding sector of the pharmaceutical industry. The company's product line and development efforts initially are focused on providing optimized, more efficient alternatives for the preparation of the nearly 10 million currently compounded prescriptions, by offering FIRST® Unit-of-Use Prescription Compounding Kits. Use of these branded compounding kits will be beneficial to all triad participants, namely physicians, pharmacists, and patients. Three U.S. patents have been issued to the Company with several additional patents pending.

### Search **160,278** Deals Now

#### SEARCH BY

- Buyer Type (PE or Strategic)
- Deal Size ($10M to $10B+)
- Sector (60 Sectors)
- Deal Type
- Geography

| DEAL STATS | # |
|---|---|
| Overall | 3 of 10 |
| Sector (Life Science) | 3 of 6 |
| Type (Secondary Buyout) | 1 of 2 |
| State (Massachusetts) | 1 of 1 |
| Country (United States) | 3 of 9 |
| Year (2018) | 2 of 4 |

**PREVIOUS DEAL**

| DATE | TARGET |
|---|---|
| 2018-01-03 | **Viamet Pharmaceuticals, Inc.**  Durham, North Carolina, United… Viamet Pharmaceuticals, Inc. disco… develops breakthrough therapies b… leadership in metalloenzyme chemi… biology. Company clinical portfolio… |

**FOLLOWING DEAL**

| DATE | TARGET |
|---|---|
| 2018-05-14 | **Clinical Ink, Inc.**  Horsham, Pennsylvania, United… Clinical Ink is a clinical technology… that offers data certainty from sour… submission. The company's Lumen… eSource clinical technology and… |

### SELLER(S)   1

| SELLER | DESCRIPTION |
|---|---|
| **Ampersand Capital Partners**  Wellesley, Massachusetts, United States  | **Ampersand Capital Partners** is a middle-market private equity group that concentrates on growth equity investment opportunities in the healthcare sector. The Firm looks to invest $10 to $100 million in businesses with $10 to $100 million of revenue. Specific areas of interests within healthcare include lab products, specialty diagnostic equipment, pharmaceutical outsourcing, and specialty pharma. |

- & More

**7-Day Free Trial**

| | | |
|---|---|---|
| CATEGORY | Growth Capital Firm | Ampersand generally prefers to be the first and sole institutional investor. Ampersand was formed in 1988 and is based in Wellesley, Massachusetts. |
| FOUNDED | 1988 | |
| PE ASSETS | 2.0B USD | |
| SIZE | Large | |
| TYPE | Sector Focused | |

| DEAL STATS | # |
|---|---|
| Overall | 36 of 44 |
| Sector (Life Science) | 14 of 19 |
| Type (Secondary Buyout) | 4 of 4 |
| State (Massachusetts) | 7 of 9 |
| Country (United States) | 36 of 44 |
| Year (2018) | 3 of 6 |

**PREVIOUS DEAL**

| DATE | TARGET | D |
|---|---|---|
| 2018-03-26 | MedPharm Ltd. <br> 📍 Surrey, United Kingdom <br> **MedPharm Ltd. is a global provider of contract topical and transdermal product design and formulation…** | E |

**FOLLOWING DEAL**

| DATE | TARGET |
|---|---|
| 2018-06-01 | Alcami Corp. <br> 📍 Durham, North Carolina, United <br> **Alcami Corp. is a world-class fully-integrated end-to-end contract deve and manufacturing organization (C headquartered in North Carolina, w** |

# mergr

**Product**

Mergr for Salesforce
Mergr Data Direct
Mergr M&A Archive
Pricing

**Company**

About
Contact
LinkedIn

**Legal**

Terms
Privacy

Browse

Docs