UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:21-cv-2515-TPB-SPF ) |
| CORERX, INC., | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| BIONPHARMA INC., | ) ) |
| Intervenor-Defendant (Motion Pending) | ) ) |

## MOTION OF PROPOSED INTERVENOR-DEFENDANT BIONPHARMA INC. TO SET A SCHEDULING CONFERENCE AND MEMORANDUM OF LAW IN SUPPORT

Proposed Intervenor-Defendant Bionpharma Inc. ("Bionpharma"), through its undersigned counsel, and pursuant to Fed. R. Civ. P. 16(a), hereby moves the Court to set a Scheduling Conference to discuss the timing and procedure for the parties to respond to: (1) Plaintiff Azurity Pharmaceuticals, Inc.'s and Defedant CoreRX, Inc.'s Joint Motion to reopen the case for the purpose of correcting the dismissal ("Joint Motion to Reopen") (Dkt. 18); and (2) Bionpharma's Motion to Intervene (Dkt. 21). Plaintiff opposes this motion and Defendant has not yet

indicated whether it will consent or oppose.

Bionpharma states this motion has good cause for the following reasons:

1. On October 26, 2021, Plaintiff Azurity Pharmaceuticals, Inc. ("Plaintiff") filed a Complaint in this case against Defendant CoreRx, Inc. ("Defendant") (Dkt. 1).

2. On November 17, 2021, the Court granted Defendant's Motion for an Extension of Time to Respond to Complaint until December 17, 2021 (Dkt. 15).

3. On November 26, 2021, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiff represented in that motion that Defendant neither served an answer nor a motion for summary judgment in this action. (Dkt. 16.)

4. On November 29, 2021, the Court entered an Order stating that pursuant to Fed. R. Civ. P. 41(a) and Plaintiff's Notice of Dismissal, this action is dismissed without prejudice. (Dkt. 17.)

5. On December 10, 2021, Plaintiff and Defendant together filed their Joint Motion to Reopen this case for "the limited purpose of correcting" Plaintiff's earlier Notice of Dismissal. (Dkt. 18.)

6. On December 10, 2021, Bionpharma filed its Motion to Intervene. (Dkt. 22.) Prior to Plaintiff's dismissal of the case, Plaintiff stated it would oppose Bionpharma's Motion to Intervene. CoreRx (at the time) did not consent, but did

not state that it would oppose this Motion.

7. For the reasons discussed in Bionpharma's Motion to Intervene, Bionpharma opposes the Joint Motion to Reopen, and resolution of that Motion will impact a pending motion to dismiss that Bionpharma has filed in connection with related litigation between Azurity and Bionpharma currently pending in the District of Delaware. By opposing the Joint Motion, Bionpharma is attempting to prevent an end-run around prior decisions adverse to Plaintiff with respect to the patents-in-suit, and misuse of the Federal courts in furtherance of an anticompetitive scheme to remove Bionpharma's generic 1 mg/mL enalapril maleate solution from the market, as there is no (and never was any) case or controversy between adverse litigants sufficient to support subject matter jurisdiction over Azurity's claims against CoreRx in this case. Bionpharma is the real interested defendant in this case, not CoreRx. As stated in Bionpharma's Motion to Intervene, Plaintiff and Defendant are commonly-owned by the same private equity firm, and because of this common ownership between Plaintiff and Defendant, Bionpharma has reason to believe that its interest in the subject of this action may not be adequately represented by the present parties. (Dkt. 22 at 4.)

8. Bionpharma requests the Court set a Scheduling Conference so that the parties and Bionpharma may discuss with the Court a suitable schedule and procedure for responding to the Joint Motion to Reopen and the Motion to Intervene.

Bionpharma does not seek to discuss the merits of the motions during the scheduling conference. Rather, because Bionpharma is not yet a party, Bionpharma requests the Court set a briefing schedule and grant it leave to file a brief opposing the parties' Joint Motion to Reopen.

8.  Although it is well within the discretion of the Court to decide whether to hold a scheduling conference with the parties, Bionpharma believes that the Court will benefit from discussing the schedule given the unusual circumstances here, which concern several cases and multiple litigants.

WHEREFORE, Bionpharma respectfully requests this Court to enter an order setting a Scheduling Conference for the purpose of discussing and setting a briefing schedule and procedure for the parties to respond to Plaintiff's Joint Motion to Reopen and Bionpharma's Motion to Intervene.

### **LOCAL RULE 3.01(g) CERTIFICATION**

Bionpharma hereby certifies that on December 14, 2021, Bionpharma and Plaintiff conducted a telephonic meet and confer concerning this Motion, and Plaintiff opposes this motion.

Bionpharma further certifies that it raised this Motion with Defendant via email on December 10, and again on December 14, and again on December 15 and each time sought from Defendant times to confer on whether Defendant will consent

or oppose. Defendant has responded on two occasions, but has not indicated whether it will consent or oppose the Motion, nor has it provided a time when it is available to confer. Bionpharma informed Defendant that it intended to file the Motion after the close of business on December 15 and will continue to diligently seek Defendant's response for the next three days pursuant to Local Rule 3.01(g)(3).

Dated: December 15, 2021       Respectfully submitted,

                                                   **CARLTON FIELDS, P.A.**

                                                   /s/ Eleanor M. Yost
Eleanor M. Yost
Florida Bar No. 1003178
J. Coy Stull
Florida Bar No. 15764
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133
Email: eyost@carltonfields.com
Email: jstull@carltonfields.com

Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.: (407) 849-0300
Fax No.: (407) 648-9099
Email: djohnson@carltonfields.com;
dcarlucci@carltonfields.com; orlecf@cfdom.net

-and-

5

128036631.1

**TAFT STETTINIUS & HOLLISTER LLP**

Andrew M. Alul (*pro hac vice* motion filed herewith) (Lead Counsel)
Roshan P. Shrestha, Ph.D. (*pro hac vice* motion filed herewith)
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel. No.: 312-527-4000
Email: aalul@taftlaw.com
Email: rshrestha@taftlaw.com

*Attorneys for Proposed Intervenor-Defendant Bionpharma Inc.*