## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 8:21-cv-2515-TPB-SPF |
| CORERX, INC., | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| BIONPHARMA INC., | ) ) | |
| Intervenor-Defendant (Motion Pending) | ) ) | |

## MOTION TO SPECIALLY ADMIT ROSHAN P. SHRESTHA AS COUNSEL FOR PROPOSED INTERVENOR BIONPHARMA INC. AND MEMORANDUM OF LAW IN SUPPORT

Pursuant to Local Rule 2.01(c), proposed Intervenor-Defendant Bionpharma Inc. ("Bionpharma") respectfully moves this Court or an order permitting Roshan P. Shrestha to appear *pro hac vice* and participate in this case as counsel for Bionpharma for all purposes, and states as follows:

1.  Roshan P. Shrestha is neither a Florida resident nor a member of The Florida Bar.

2.  Roshan P. Shrestha is licensed and in good standing in the following

jurisdictions: State of Illinois, admitted November 2011; United States District Court for the Northern District of Illinois, Eastern Division, admitted 2012; United States Court of Appeals for the Federal Circuit, admitted December 2013; Supreme Court of the United States, admitted November 2014.

3. In the past thirty-six months, Roshan P. Shrestha has not appeared in any state or federal court in Florida. Therefore, he has not engaged in the regular practice of law in the State of Florida or abused the privilege to specially appear.

4. Roshan P. Shrestha is submitting the required fee and has otherwise complied with Local Rule 2.01(c).

Plaintiff does not oppose this motion. Defendant has not yet indicated whether it will consent to or oppose this motion.

WHEREFORE, Bionpharma requests an order permitting Roshan P. Shrestha to specially appear and participate in this case as counsel for Bionpharma.

## LOCAL RULE 3.01(g) CERTIFICATION

Bionpharma hereby certifies that on December 14, 2021, Bionpharma and Plaintiff conducted a telephonic meet and confer concerning this Motion, and

128036738.1

Plaintiff does not oppose this motion.

Bionpharma further certifies that it raised this Motion with Defendant via email on December 10, and again on December 14, and again on December 15 and each time sought from Defendant times to confer on whether Defendant will consent or oppose. Defendant has responded on two occasions, but has not indicated whether it will consent or oppose the Motion, nor has it provided a time when it is available to confer. Bionpharma informed Defendant that it intended to file the Motion after the close of business on December 15 and will continue to diligently seek Defendant's response for the next three days pursuant to Local Rule 3.01(g)(3).

Dated: December 15, 2021          Respectfully submitted,

**CARLTON FIELDS, P.A.**

/s/ Eleanor M. Yost
Eleanor M. Yost
Florida Bar No. 1003178
J. Coy Stull
Florida Bar No. 15764
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Tel. No.:  (813) 229-4395
Fax No.:  (813) 229-4133
Email:  eyost@carltonfields.com
Email: jstull@carltonfields.com

Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000

3

Orlando, Florida 32801-3456
Tel. No.:  (407) 849-0300
Fax No.:  (407) 648-9099
Email: djohnson@carltonfields.com;
dcarlucci@carltonfields.com; orlecf@cfdom.net


-and-


**TAFT STETTINIUS & HOLLISTER LLP**

Andrew M. Alul (*pro hac vice* motion filed
herewith) (Lead Counsel)
Roshan P. Shrestha, Ph.D. (*pro hac vice* motion
filed herewith)
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel. No.:  312-527-4000
Email: aalul@taftlaw.com
Email: rshrestha@taftlaw.com

*Attorneys for Proposed Intervenor-Defendant
Bionpharma Inc.*

128036738.1