UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 8:21-cv-2515-TPB-SPF |
| CORERX, INC., | )<br>)<br>) |
| Defendant, | )<br>) |
| v. | )<br>) |
| BIONPHARMA INC., | )<br>) |
| Intervenor-Defendant<br>(Motion Pending) | )<br>) |

**MOTION TO SPECIALLY ADMIT ANDREW A. ALUL
AS COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT
BIONPHARMA INC. AND MEMORANDUM OF LAW IN SUPPORT**

Pursuant to Local Rule 2.01(c), proposed Intervenor-Defendant Bionpharma Inc. ("Bionpharma") respectfully moves this Court or an order permitting Andrew M. Alul to appear *pro hac vice* and participate in this case as lead counsel for Bionpharma for all purposes, and states as follows:

1. Andrew M. Alul is neither a Florida resident nor a member of The Florida Bar.

2. Andrew M. Alul is licensed and in good standing in the following

128036706.1

jurisdictions: State of Illinois, admitted November 2000; State of Missouri, admitted September 2001; United States District Court for the Northern District of Illinois, Eastern Division, admitted 2000; United States Court of Appeals for the Federal Circuit, admitted December 2007; Supreme Court of the United States, admitted November 2014.

3. In the past thirty-six months, Andrew M. Alul has not appeared in any state or federal court in Florida. Therefore, he has not engaged in the regular practice of law in the State of Florida or abused the privilege to specially appear.

4. Andrew M. Alul is submitting the required fee and has otherwise complied with Local Rule 2.01(c).

Plaintiff does not oppose this motion. Defendant has not yet indicated whether it will consent to or oppose this motion.

WHEREFORE, Bionpharma requests an order permitting Andrew M. Alul to specially appear and participate in this case as counsel for Bionpharma.

## LOCAL RULE 3.01(g) CERTIFICATION

Bionpharma hereby certifies that on December 14, 2021, Bionpharma and Plaintiff conducted a telephonic meet and confer concerning this Motion, and Plaintiff does not oppose this motion.

128036706.1

Bionpharma further certifies that it raised this Motion with Defendant via email on December 10, and again on December 14, and again on December 15 and each time sought from Defendant times to confer on whether Defendant will consent or oppose. Defendant has responded on two occasions, but has not indicated whether it will consent or oppose the Motion, nor has it provided a time when it is available to confer. Bionpharma informed Defendant that it intended to file the Motion after the close of business on December 15 and will continue to diligently seek Defendant's response for the next three days pursuant to Local Rule 3.01(g)(3).

Dated: December 15, 2021         Respectfully submitted,

                                **CARLTON FIELDS, P.A.**

                                /s/ Eleanor M. Yost
                                Eleanor M. Yost
                                Florida Bar No. 1003178
                                J. Coy Stull
                                Florida Bar No. 15764
                                4221 W. Boy Scout Blvd., Suite 1000
                                Tampa, Florida 33607-5780
                                Tel. No.:  (813) 229-4395
                                Fax No.:  (813) 229-4133
                                Email:  eyost@carltonfields.com
                                Email: jstull@carltonfields.com

                                Daniel C. Johnson
                                Florida Bar No. 522880
                                200 S. Orange Avenue, Suite 1000
                                Orlando, Florida 32801-3456
                                Tel. No.:  (407) 849-0300

Fax No.: (407) 648-9099
Email: djohnson@carltonfields.com;
dcarlucci@carltonfields.com; orlecf@cfdom.net


-and-


**TAFT STETTINIUS & HOLLISTER LLP**

Andrew M. Alul (*pro hac vice* motion filed herewith) (Lead Counsel)
Roshan P. Shrestha, Ph.D. (*pro hac vice* motion filed herewith)
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel. No.: 312-527-4000
Email: aalul@taftlaw.com
Email: rshrestha@taftlaw.com

*Attorneys for Proposed Intervenor-Defendant Bionpharma Inc.*