## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 8:21-cv-2515-TPB-SPF ) |
| CORERX, INC., | ) ) ) |
| Defendant. | |

## NOTICE OF SCRIVENER'S ERROR IN JOINT MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF CORRECTING DISMISSAL

Defendant CoreRX, Inc. gives notice of a scrivener's error in the Joint Motion to Reopen Case for Limited Purpose of Correcting Dismissal. [D.E. 18]. The Joint Motion and Joint Stipulation filed inadvertently included the incorrect signature block of CoreRX's counsel. CoreRX respectfully requests that the Court take notice of the corrected signature block noted below.

/s/ Ashley Bruce Trehan
Raquel A. Rodriguez, Esq.
FL Bar No. 511439
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Telephone: 305.347.4080
Fax: 305.347.4089
raquel.rodriguez@bipc.com

Ashley Bruce Trehan, Esq.
FBN 0043411
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602

-1-

Tel: (813) 222-8180
Fax: (813) 222-8189
ashley.trehan@bipc.com

*Attorneys for Defendant, CoreRX, Inc.*

The substance of the Joint Motion and proposed Joint Stipulation is unchanged.

CoreRX apologizes for the error.

Dated: December 17, 2021                         Respectfully submitted,

/s/ Ashley Bruce Trehan
Raquel A. Rodriguez, Esq.
FL Bar No. 511439
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Telephone: 305.347.4080
Fax: 305.347.4089
raquel.rodriguez@bipc.com

Ashley Bruce Trehan, Esq.
FBN 0043411
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
ashley.trehan@bipc.com

*Attorneys for Defendant, CoreRX, Inc.*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via CM/ECF or email this 17th day of December, 2021.

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan
FBN 0043411
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
ashley.trehan@bipc.com

*Attorneys for Defendant CoreRX, Inc.*