# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 8:21-cv-2515-TPB-SPF ) |
| CORERX, INC., | ) ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| BIONPHARMA INC., | ) ) |
| Proposed Intervenor-Defendant (Motion Pending) | ) ) |

## NOTICE OF APPEARANCE

The undersigned counsel hereby appears for Proposed Intervenor-Defendant Bionpharma Inc. in the above-captioned action.

Dated: December 21, 2021

Respectfully submitted,

**CARLTON FIELDS, P.A.**

By: /s/ Daniel C. Johnson
Eleanor M. Yost
Florida Bar No. 1003178
J. Coy Stull
Florida Bar No. 15764

128078857.1

4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Tel. No.:  (813) 229-4395
Fax No.:  (813) 229-4133
Email:  eyost@carltonfields.com
Email: jstull@carltonfields.com

Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.:  (407) 849-0300
Fax No.:  (407) 648-9099
Email: djohnson@carltonfields.com
Secondary:  dcarlucci@carltonfields.com
Secondary:  orlecf@cfdom.net


-and-

**TAFT, STETTINIUS
& HOLLISTER LLP**

Andrew M. Alul (*pro hac vice* motion pending)
(Lead Counsel)
Roshan P. Shrestha, Ph.D. (*pro hac vice* motion pending)
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel. No.:  312-527-4000
Email: aalul@taftlaw.com
Email: rshrestha@taftlaw.com

*Attorneys for Proposed Intervenor-Defendant Bionpharma Inc.*

128078857.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been furnished, electronically, through the CM/ECF system, to all counsel of record, and via email, noted above, to counsel at TAFT, STETTINIUS & HOLLISTER LLP, on this December 21, 2021.

/s/ Daniel C. Johnson
Daniel C. Johnson

128078857.1