# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 8:21-cv-2515-TPB-SPF ) ) ) ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Azurity Pharmaceuticals, Inc. hereby moves to extend time to file its opposition to (1) Bionpharma's Motion to Intervene (D.I. 21, currently due December 27) and (2) Bionpharma's Motion to Set Scheduling Conference (D.I. 23, currently due December 29), to Thursday, December 30.

Good cause exists for this extension, as consolidating these filings will promote efficiency, and considering the upcoming holidays, the 1-2 day extension will not prejudice either party, nor pending intervenor Bionpharma.

### Local Rule 3.01(g) Certification

Counsel for Azurity has conferred with counsel for Defendant CoreRx, Inc. and pending Intervenor-Defendant Bionpharma, Inc, neither of whom opposes the present motion.

Dated: December 22, 2021                                Respectfully submitted,

/s/ Woodrow Pollack
Woodrow H. Pollack
SHUTTS & BOWEN, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2021 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Woodrow H. Pollack*
Woodrow H. Pollack