# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 8:21-cv-2515-VMC-SPF |
| CORERX, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The undersigned counsel hereby appears on behalf of Defendant CoreRx, Inc., in the above-captioned case.

Dated: December 23, 2021

Respectfully Submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*Raquel A. Rodriguez*
Raquel A. Rodriguez, FL Bar No. 511439
2 South Biscayne Blvd, Suite 1500
Miami, FL 33130
Telephone: 305.347.4080
Fax: 305.347.4089
raquel.rodriguez@bipc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/ Raquel A. Rodriguez*
Raquel A. Rodriguez, FBN 511439