UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AZURITY PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                                                            Case No. 8:21-cv-2515-VMC-SPF

CORERX, INC.,

    Defendant,

v.

BIONPHARMA INC.,

    Intervenor-Defendant
    (Motion Pending)

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO INTERVENOR-DEFENDANT BIONPHARMA INC.'S MOTION TO INTERVENE AND MOTION TO SET SCHEDULING CONFERENCE AND INCORPORATED <u>MEMORANDUM OF LAW</u>**

    Defendant, CoreRX, Inc. ("Defendant" or "CoreRX"), by and through its undersigned counsel, hereby moves this Court for an extension of time up to and including December 30, 2021, to respond to putative Intervenor-Defendant's Bionpharma Inc.'s ("Bionpharma") Motion to Intervene (Doc. 20) and Motion to Set Scheduling Conference (Doc. 23) (collectively, the "Intervenor Motions") and states the following in support:

    1.    Plaintiff initiated this proceeding on October 26, 2021 (Doc. 1). On November 26, 2021, Plaintiff filed a Notice of Voluntary Dismissal Without

Prejudice (Doc. 16). The Court entered an Endorsed Order dismissing this case without prejudice on November 29, 2021 (Doc. 17).

2. On December 10, 2021, Plaintiff and Defendant filed a Joint Motion to Reopen Case for the limited purpose of correcting dismissal by filing a Joint Motion for Voluntary Dismissal, as required by their settlement agreement (Doc. 18).

3. Also on December 10, 2021, Bionpharma filed its Motion to Intervene (Doc. 21), which it amended on December 11, 2021 (Doc. 22). The deadline to respond to the Motion to Intervene is currently December 27, 2021.

4. Thereafter, on December 15, 2021, Bionpharma filed its Motion to Set Scheduling Conference (Doc. 23). The deadline to respond to the Motion to Set Scheduling Conference is currently December 29, 2021.

5. Defendant is currently in the process of reviewing the Intervenor Motions and requests a brief extension of time through and including December 30, 2021, within which to file and serve any responses to the pending Intervenor Motions. Defendant submits that good cause exists to grant the requested extensions pursuant to Fed.R.Civ.P. 6(b)(1)(A).

6. Specifically, in addition to existing deadlines and the year-end holiday schedule, one of the attorneys of record for Plaintiff, Ashley Bruce Trehan, has been on an extended leave. The Intervenor Motions were also not anticipated given that the case had been previously dismissed (Doc. 29).

7.     The requested extension is sought in good faith, is not interposed for purposes of delay, and will not prejudice any party if granted.  Nor will the requested extension impact any other deadline or proceeding in this case.  Finally, neither Plaintiff nor Bionpharma opposes the requested relief.

WHEREFORE, Defendant CoreRX, Inc. hereby moves this Court for an extension of time through and including December 30, 2021, to respond to the pending Intervenor Motions and for all such further relief as this Court deems just.

## Local Rule 3.01(g) Certification

I HEREBY CERTIFY that counsel for Defendant has conferred with counsel for Plaintiff and for putative Intervenor Bionpharma, Inc. in a good faith effort to resolve the issues raised in the instant Motion and is authorized to represent that neither party opposes the requested relief.

Respectfully submitted:

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via CM/ECF this 23rd day of December, 2021.

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*