# EXHIBIT B

| | |
|---|---|
| **From:** | Hanson, Tina |
| **Sent:** | Thursday, November 11, 2021 2:25 PM |
| **To:** | Shrestha, Roshan P.; Devine, Wendy; wsgr - Azurity/Bionpharma (505) |
| **Cc:** | Alul, Andrew M.; Jack Phillips; Megan C. Haney |
| **Subject:** | RE: Azurity v. CoreRx, C.A. Nos. 21-1522-LPS (D. Del.), 21-2525 (M.D. Fla.) |

Counsel,

Please let us know the basis for Bionpharma's intention to intervene. We are not available to meet and confer until Monday, November 15, after 11 a.m. CT. Please let us know your availability at that time.

Best,
Tina

**WILSON SONSINI**

**Tina Hanson| Wilson Sonsini Goodrich & Rosati**
One Market|Spear Tower|San Francisco, CA|94105-1126 | direct: 415.947.2048 | thanson@wsgr.com



---

**From:** Shrestha, Roshan P. <rshrestha@taftlaw.com>
**Sent:** Thursday, November 11, 2021 1:49 PM
**To:** Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; wsgr - Azurity/Bionpharma (505) <Azuritybionpharma505@wsgr.com>
**Cc:** Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <jcp@pgmhlaw.com>; Megan C. Haney <mch@pmhdelaw.com>
**Subject:** Azurity v. CoreRx, C.A. Nos. 21-1522-LPS (D. Del.), 21-2525 (M.D. Fla.)

**[External]**

Counsel:

Bionpharma intends to move to intervene in the above-referenced actions Azurity has filed against CoreRx. Please let us know your availability to meet and confer on this issue today or tomorrow.

- Roshan



**Taft /**  **Roshan P. Shrestha, Ph.D.**
Partner
rshrestha@taftlaw.com
**Dir:** 312.840.4339
**Tel:** 312.527.4000   |   **Fax:** 312.966.8573

1

111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713

**Taft Bio
Download vCard
taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.