# EXHIBIT C

**(placeholder pursuant to L.R. 1.11(d))**