# EXHIBIT D



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER

# Signet Healthcare and Bionpharma Sell CoreRx, a Leading Contract Development and Manufacturer

January 19, 2021 14:10 ET | Source: Signet Healthcare Partners






...

NEW YORK, Jan. 19, 2021 (GLOBE NEWSWIRE) -- Signet Healthcare Partners and Bionpharma Inc today announced the sale of CoreRx, a global contract development and manufacturing organization ("CDMO"). Following the sale to private equity firm NovaQuest Private Equity, Signet Healthcare Partners will retain a meaningful equity stake in CoreRx. The terms of the transaction are not disclosed.

Based in Clearwater, FL, CoreRx is a leading provider of clinical and commercial CDMO services to a wide range of small to mid-sized pharmaceutical and biotech clients. Founded in 2006, the Company offers preformulation,  formulation, analytical and stability, clinical manufacturing, commercial manufacturing and packaging service.   Signet invested in CoreRx in 2015 and Bionpharma, a Signet portfolio company, became a shareholder in 2017.

During the past five years, Signet has worked alongside management to build deep development expertise that allows it to solve complex formulation challenges.  During this period, CoreRx has evolved from earlier stage projects into becoming a reliable producer of commercial products.  CoreRx has expanded its range of formulation capabilities which will provide a platform for future growth.  As a result, CoreRx's revenues and profits have significantly grown during this five-year period.

James Gale, a Managing Director of Signet Heathcare Partners states: "We want to express our appreciation to Todd Daviau and the CoreRx management team who have built the Company into one of the leading CDMOs in the US. It has been rewarding to see the Company develop products that are now being used to improve the lives of patients. We believe the Company has a bright future and we look forward to continuing as a shareholder."



to-end CDMO.  The Signet team has offered substantial operational value during their investment tenure and has been a true partner. We look forward to their continued involvement as a shareholder."

Venkat Krishnan, Chief Executive Officer of Bionpharma Inc adds:  "We are grateful to Todd and the management team of CoreRx for a superb job in building value for us, both as a shareholder and a client. We have worked together on bringing a number of products through the approval process. We have found them to be a responsive development partner and a reliable supplier of product."

William Blair & Company served as exclusive financial advisor to CoreRx. Sheppard Mullin and Johnson Pope served as legal advisors to CoreRx.

**About CoreRx**

CoreRx is a CDMO with full-service capabilities to support clinical through commercial manufacturing, offering state of the art facilities to support your supply chain needs. Our integrated offerings provide comprehensive services for the development, manufacturing, and testing of solid, liquid, and semi-solid dosage forms. For more information, please visit www.corerxpharma.com.

**About Signet Healthcare Partners**

Signet Healthcare Partners is an established provider of growth capital to innovative healthcare companies. Signet invests in commercial-stage healthcare companies that are revenue generating or preparing for commercial launch. The firm's focus has primarily been on the pharmaceutical sector and medical technology companies. Signet maintains a disciplined, yet flexible investment approach. As an active investor, Signet partners closely with its companies to build their value including facilitating activities between portfolio companies. During Signet's 18-year history, it has developed a strong reputation and track record of successful investments. Signet has raised four funds with total capital commitments of over USD 400 million and has invested in more than 45 companies. More information about Signet Healthcare Partners can be found at www.signethealthcarepartners.com.

**About Bionpharma**



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

Bionpharma is one of the largest suppliers of Softgel capsules in the United States with a presence in the prescription and OTC segments of the market. Bionpharma's focus is on R&D-to develop and commercialize affordable generics through building strong and effective partnerships. More information about Bionpharma Inc. can be found at www.bionpharma.com.

**Contact Data**

Contact

# Recommended Reading

January 11, 2017 17:52 ET

Source:  Signet Healthcare Partners

**Signet Healthcare Partners Closes $137.2 Million Life Science Fund**

NEW YORK, Jan. 11, 2017 (GLOBE NEWSWIRE) -- Signet Healthcare Partners ("Signet"), a private equity fund that provides growth capital to commercial Life Sciences companies, is pleased to announce...

# Explore

Marathon Digital (MAF



Bielcor Announces Free 2-Day Shipping, New N95 Mas...

December 29, 2021 19:35 ET

Kessler Topaz Meltzer & Check, LLP: Securities Fra...

December 29, 2021 18:46 ET



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.