IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   C.A. No. 8:21-cv-2515-TPB-SPF |
| CORERX, INC., | ) ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| BIONPHARMA, INC. | ) ) |
| Intervenor-Defendant (Motion Pending). | ) ) |

**AZURITY PHARMACEUTICALS, INC.'S OPPOSITION TO NON-PARTY
BIONPHARMA, INC.'S MOTION TO SET SCHEDULING CONFERENCE**

Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity") respectfully opposes non-party Bionpharma, Inc.'s ("Bionpharma") Motion to Set a Scheduling Conference. D.I. 23.  The dispute between Plaintiff Azurity and Defendant CoreRx, Inc. has been resolved pursuant to a written agreement.  There is no need for a scheduling conference, nor is there good cause for non-party Bionpharma's request.

Non-Party Bionpharma's motion makes several arguments that are redundant to those that appear in its meritless Motion to Intervene.  For the benefit of the Court

-1-

and for purposes of brevity, Azurity refers the Court to its opposition papers, filed concurrently herewith. D.I. 38.

Non-Party Bionpharma's request also includes an argument that this Court lacks subject matter jurisdiction over the now-resolved dispute between Azurity and CoreRx. D.I. 23, ¶ 7. That argument lacks merit. Azurity filed this action against CoreRx due to actions undertaken by CoreRx. The Complaint alleged CoreRx's actions amounted to patent infringement – a dispute over which this Court maintains subject matter jurisdiction. D.I. 1, ¶¶ 4-5, 30-32. Non-Party Bionpharma's claim to be the "real interested defendant" in this case is incorrect. Azurity filed separate Complaints for patent infringement against Non-Party Bionpharma in the District of Delaware. *Azurity Pharmaceuticals, Inc. v. Bionpharma Inc.*, C.A. Nos. 21-1286 & 21-1455 (D. Del.). The allegations in those Complaints arise from actions undertaken by Bionpharma (not CoreRx). *See, e.g.* C.A. No. 21-1286 (D. Del.), D.I. 1, ¶¶ 14-21. That case remains pending and unresolved. Further, the District of Delaware remains the appropriate venue for any submission Bionpharma would like to make concerning that dispute.

***

For the foregoing reasons, Azurity respectfully requests that the Court deny Bionpharma's Motion to Set a Scheduling Conference.

Dated:  December 30, 2021  Respectfully submitted,

/s/     *Woodrow Pollack*

Woodrow H. Pollack
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900