UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AZURITY PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                                    Case No. 8:21-cv-2515-VMC-SPF

CORERX, INC.,

    Defendant,

v.

BIONPHARMA INC.,

    Intervenor-Defendant
    (Motion Pending)
_____/

**DEFENDANT CORERX, INC.'S MEMORANDUM IN OPPOSITION TO PROPOSED INTERVENOR-DEFENDANT BIONPHARMA INC.'S MOTION TO INTERVENE  (DOC. 21)**

Defendant CoreRx, Inc. ("Defendant" or "CoreRx"), by and through its undersigned counsel, hereby files its Memorandum in Opposition to Proposed Intervenor-Defendant BionPharma, Inc.'s ("BionPharma") Motion to Intervene (Doc. 21) (the "Intervention Motion").  In support, CoreRx adopts and incorporates the arguments and authorities in Plaintiff Azurity Pharmaceuticals, Inc.'s Opposition to Non-Party BionPharma, Inc.'s Motion to Intervene (the "Plaintiff's Opposition") (Doc. 38).

WHEREFORE, Defendant CoreRx, Inc. respectfully requests that the Court deny the Intervention Motion and grant such other further relief as is just and proper.

Respectfully submitted:

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via CM/ECF this 30th day of December, 2021.

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*

2