**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AZURITY PHARMACEUTICALS, INC.,

     Plaintiff,

v.                                                              Case No. 8:21-cv-2515-VMC-SPF

CORERX, INC.,

     Defendant,

v.

BIONPHARMA INC.,

     Intervenor-Defendant
     (Motion Pending)

_____/

**DEFENDANT CORERX, INC.'S MEMORANDUM IN OPPOSITION**
**TO PROPOSED INTERVENOR-DEFENDANT BIONPHARMA INC.'S**
**<u>MOTION TO SET SCHEDULING CONFERENCE (DOC. 23)</u>**

Defendant CoreRx, Inc. ("Defendant" or "CoreRx"), by and through its

undersigned counsel, hereby files its  Memorandum in Opposition to Proposed

Intervenor-Defendant BionPharma, Inc.'s ("BionPharma") Motion to Set

Scheduling Conference (Doc. 23) (the "Scheduling Motion").  In support,

CoreRx adopts the arguments and authorities in Plaintiff Azurity

Pharmaceuticals, Inc.'s Opposition to Non-Party BionPharma, Inc.'s Motion to

Set Scheduling Conference (Doc. 39) ("Plaintiff's Opposition").  BionPharma's

unsubstantiated and speculative assertions regarding the bona fides of the

dispute between CoreRx and Azurity fail to raise even marginal grounds for its argument that there was no "case or controversy" between the parties. (Doc. 23, ⁋ 7).

WHEREFORE, Defendant CoreRx, Inc. respectfully requests that the Court deny the Scheduling Motion and grant such other further relief as is just and proper.

Respectfully submitted:

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has

been furnished to all counsel of record via CM/ECF this 30th day of December,

2021.

/s/ Raquel A. Rodriguez
Raquel A. Rodriguez, FBN 511439
raquel.rodriguez@bipc.com
BUCHANAN INGERSOLL & ROONEY
PC
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, FL 33131-1822
Tel: (305) 347-4080
Fax: (305) 347-4089
*Attorneys for Defendant CoreRX, Inc.*
